UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICKY HALL,

                Plaintiff,

-against-

WESTCHESTER COUNTY, et al.,

                Defendants.

18-CV-8114 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge

    Plaintiff Ricky Hall ("Plaintiff"), a *pro se* inmate incarcerated at Westchester County Department of Corrections, commenced the instant action on or September 5, 2018, asserting claims pursuant to 42 U.S.C. § 1983. (EFC No. 1.) Following service of process, the named Defendants filed notices of appearances but have yet to file answers or filed the appropriate motions. On January 4, 2019, counsel for Defendant Aramark Correctional Services, LLC ("Aramark"), filed correspondence wherein it sought to file a motion to dismiss. (ECF No. 19.) The Court notes, however, that said correspondence references the wrong case caption, index number and is addressed to the wrong judge.

    In light of the foregoing, the Defendants are directed to file answers or to seek leave of Court to file appropriate motions on or before April 13, 2020. Defendants' failure to comply with this order may result in the Defendants being deemed in default. Clerk of the Court directed to mail a copy of this Order to pro se Plaintiff at the address on ECF and show proof of service on the docket.

Dated:   March 10, 2019
           White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/10/2020